American Express-
c/o Shechtman Halperin Savage
352 Newbury Street
Boston, MA 02115


American Express
P.O. Box 53773
Phoenix, AZ 85072


American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336


American Express
P.O. Box 1270
Newark, NJ 07101


American Express
Plaza Associates
JAF Station, P.O. Box 2769
New York, NY


American Express-
c/o Smith, Levenson, Cullen
5 Essex Green Drive
Peabody, MA 01960


Ameriquest/Argent Mtg. Co.
505 City Parkway West, Suite 100
Orange, CA 92868


ARAmatic
P.O. Box 80749
Springfield, MA 01138


Bay State Gas Company
2025 Roosevelt Avenue
Springfield, MA 01104

```
Chase
P.O. Box 15583
Wilmington, DE 19886




CitiFinancial
1756 Boston Road
P.O. Box 1026
Wilbraham, MA 01095




Coca-Cola
P.O. Box 4108
Boston, MA 02211




Commonweath of Massachusetts
MDOR-Collections Bureau
P.O. Box 7021
Boston, MA 02204




G.Housen and Company (Snapple)
P.O. Box 8184
Brattleboro, VT 05304




Gail Gloria Beaulieu
1707 Northampton Street
Holyoke, MA 01040




Interstate Gourmet Coffee
43 Norfolk Avenue
S. Easton, MA 02375




Nextcard
595 Market Street
San Francisco, CA 94105




Northeast Utilities
P.O. Box 2962
Hartford, CT 06104
```

Northeast Utilities-
c/o CBC
P.O. Box 51958
Springfield, MA 01151


Paypal, Inc.
c/o Bay Capital Legal
582 Market Street, STE 807
San Francisco, CA 94104


Providian Processing Services
P.O. Box 660548
Dallas, TX 75266


Robert Shue
c/o Jim's Variety Store
West Farms Road
Florence, MA 01060


Verizon Wireless
P.O. Box 489
Newark, NJ 07101


Verizon Wireless-
c/o Riddle & Assoc.
P.O. Box 1187
Sandy, UT 84091


Verizon Wireless-
c/o AMO Recoveries
P.O. Box 926200
Norcross, GA 30010


Wells Fargo Financial National Bank
Central Processing
P.O. Box 7510
Urbandale, IA 50323

## UNITED STATES BANKRUPTCY COURT

### District of Massachusetts

In re:    **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                Case No. _____

**0527**                                            **5330**                           Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **9/21/2005** _____                    Signed:    **/s/ JOEL JAMES NATARIO** _____

                                                                    **JOEL JAMES NATARIO**

Signed:    **/s/Gerald H. Dupont** _____          Signed:    **/s/ CRESSIDA NATARIO** _____

           **Gerald H. Dupont**                                     **CRESSIDA NATARIO**

           Bar No.    **B.B.O. #138880**

(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Massachusetts** | **Voluntary Petition** |
|---|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**NATARIO, JOEL JAMES** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**NATARIO, CRESSIDA** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**f/d/b/a Scoops; f/d/b/a Jim's Variety Store** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**f/d/b/a Scoops; f/d/b/a Boston Road Bagels** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**0527** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**5330** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**88 Dowd Court**<br>**Ludlow, MA 01056** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**88 Dowd Court**<br>**Ludlow, MA 01056** |
| County of Residence or of the<br>Principal Place of Business:   **Hampden** | County of Residence or of the<br>Principal Place of Business:   **Hampden** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☒ Individual(s)        ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business     ☒ Business | ☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>  Must attach signed application for the court's consideration certifying<br>  that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
  be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| (Official Form 1) (12/03) | | FORM B1, Page 2 |
|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **JOEL JAMES NATARIO, CRESSIDA NATARIO** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ JOEL JAMES NATARIO**
Signature of Debtor

X  **/s/ CRESSIDA NATARIO**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**9/21/2005**
Date

### Signature of Attorney

X  **/s/Gerald H. Dupont**
Signature of Attorney for Debtor(s)

**Gerald H. Dupont,  B.B.O. #138880**
Printed Name of Attorney for Debtor(s) / Bar No.

**Gerald H. Dupont**
Firm Name

**51 Park Avenue  West Springfield, MA 01089**
Address

**(413) 731-7191                    (413) 736-4625**
Telephone Number

**9/21/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **Not Applicable**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A
(6/90)

In re:    **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO** _____    Case No. _____
                                                                          .
                    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **single family home at: 88 Dowd Court Ludlow, MA** | **Co-Owner** | **J** | **$ 450,000.00** | **$ 447,601.00** |
| | | | | |
| **Total** ➢ | | | **$ 450,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re    **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**        .        Case No. _____
_____
Debtor                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - checking** | J | 100.00 |
| | | **Bank of America - savings** | J | 20.00 |
| | | **Pioneer Valley Credit Union - savings** | J | 80.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods;** **No one item exceeds $450.00** | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | W | 500.00 |
| | | **Wearing Apparel** | H | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Ohio Life Mutual; term insurance; beneficiary;** **wife; No CSV** | H | 100,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

FORM B6B
(10/89)

In re **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**          Case No. _____
                    Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | | |

FORM B6B
(10/89)

In re   **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**          .          Case No. _____

_____Debtor_____                                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

__2__   continuation sheets attached          Total  ˃          **$ 103,700.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re   **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                    , **Case No.** _____
                         Debtor.                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Bank of America - checking** | **MGLA c.235 § 34(15)** | **100.00** | **100.00** |
| **Bank of America - savings** | **MGLA c.235 § 34(15)** | **20.00** | **20.00** |
| **Household goods;<br>No one item exceeds $450.00** | **MGLA c.235 § 34(2)** | **2,500.00** | **2,500.00** |
| **Ohio Life Mutual; term insurance; beneficiary; wife;<br>No CSV** | **MGLA c.175 s.125** | **100,000.00** | **100,000.00** |
| **Pioneer Valley Credit Union - savings** | **MGLA c.246 § 28A** | **80.00** | **80.00** |
| **single family home at:<br>88 Dowd Court<br>Ludlow, MA** | **MGLA c.188 § 1** | **500,000.00** | **450,000.00** |
| **Wearing Apparel** | **MGLA c.235 § 34(1)** | **500.00** | **500.00** |
| **Wearing Apparel** | **MGLA c.235 § 34(1)** | **500.00** | **500.00** |

FORM B6D
(12/03)

In re: **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**          .          Case No. _____

_____Debtor_____                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **HDCV2003-01037B** <br> **American Express** <br> **P.O. Box 360001** <br> **Ft. Lauderdale, FL 33336** <br><br> **American Express-** <br> **c/o Smith, Levenson, Cullen** <br> **5 Essex Green Drive** <br> **Peabody, MA 01960** | | | 10/2004 <br> **Seizure by execution** <br> **credit card;** <br> **miscellaneous merchandise** <br><br> **VALUE $39,303.00** | | | | 39,303.00 | 0.00 |
| ACCOUNT NO. **8740052455383** <br> **Ameriquest/Argent Mtg. Co.** <br> **505 City Parkway West, Suite 100** <br> **Orange, CA 92868** | | J | 8/5/03 <br> **Mortgage** <br> **single family home at:** <br> **88 Dowd Court** <br> **Ludlow, MA** <br><br> **VALUE $450,000.00** | | | | 391,000.00 | 0.00 |
| ACCOUNT NO. <br> **Gail Gloria Beaulieu** <br> **1707 Northampton Street** <br> **Holyoke, MA 01040** | | J | 9/3/04 <br> **Mortgage** <br> **single family home at:** <br> **88 Dowd Court** <br> **Ludlow, MA** <br><br> **VALUE $450,000.00** | | | | 56,601.00 | 0.00 |

0 Continuation sheets attached

Subtotal ➢ $486,904.00 <br> (Total of this page)

Total ➢ $486,904.00 <br> (Use only on last page)

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re    **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                    Case No. _____
_____
                                    Debtor                                                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

1  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re    **JOEL JAMES NATARIO**        **CRESSIDA NATARIO**          ,    Case No.                        
               Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0530 0000 7550 1** <br><br> **Commonweath of Massachusetts** <br> **MDOR-Collections Bureau** <br> **P.O. Box 7021** <br> **Boston, MA 02204** | | **J** | **2003-2005** <br><br> **meals tax** | | | | 20,007.00 | 20,007.00 |

Sheet no. <u>1</u> of <u>1</u> sheets attached to Schedule of Creditors Holding Priority Claims

                                                  Subtotal   ➢   **$20,007.00**
                                                  (Total of this page)

                                                   Total   ➢   **$20,007.00**
               **(Use only on last page of the completed Schedule E.)**
                             (Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                  ,   Case No. _____
_____    _____
              Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **49443571801850**<br>**American Express**<br>**P.O. Box 360001**<br>**Ft. Lauderdale, FL 33336** | | **J** | **2002**<br><br>**credit card;**<br>**miscellaneous merchandise** | | | | **20,417.00** |
| ACCOUNT NO.  **372540717761006**<br>**American Express**<br>**Plaza Associates**<br>**JAF Station, P.O. Box 2769**<br>**New York, NY** | | **J** | **2004/2005**<br><br>**credit card;**<br>**miscellaneous merchandise** | | | | **8,000.00** |
| ACCOUNT NO.  **076128019012324501**<br>**American Express**<br>**P.O. Box 360001**<br>**Ft. Lauderdale, FL 33336**<br><br>**American Express-**<br>**c/o Shechtman Halperin Savage**<br>**352 Newbury Street**<br>**Boston, MA 02115** | | **J** | **2003**<br><br>**credit card;**<br>**miscellaneous merchandise;**<br>**suit** | | | | **34,883.00** |
| ACCOUNT NO.  **076128019012374672**<br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | | **J** | **2003**<br><br>**credit card;**<br>**miscellaneous merchandise** | | | | **8,000.00** |
| ACCOUNT NO.  **08059495401430**<br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | | **J** | **2002**<br><br>**credit card;**<br>**miscellaneous merchandise** | | | | **10,302.00** |

4   Continuation sheets attached

Subtotal   ➤         | **$81,602.00** |

Total   ➤

Form B6F - Cont.
(12/03)

In re   **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**          ,   Case No. _____
       Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **220-021-562-2**<br><br>**American Express**<br>**P.O. Box 53773**<br>**Phoenix, AZ 85072** | | J | **2004**<br><br>**merchant account;**<br>**miscellaneous merchandise** | | | | **49.00** |
| ACCOUNT NO.  **Betw007476**<br><br>**ARAmatic**<br>**P.O. Box 80749**<br>**Springfield, MA 01138** | | J | **2004**<br><br>**miscellaneous merchandise** | | | | **261.00** |
| ACCOUNT NO.  **1009**<br><br>**Bay State Gas Company**<br>**2025 Roosevelt Avenue**<br>**Springfield, MA 01104** | | J | **2003**<br><br>**utility services** | | | | **39.00** |
| ACCOUNT NO.  **4417 1215 2295 8340**<br><br>**Chase**<br>**P.O. Box 15583**<br>**Wilmington, DE 19886** | | J | **2003**<br><br>**Visa card;**<br>**miscellaneous merchandise** | | | | **19,805.00** |
| ACCOUNT NO.  **607212364311**<br><br>**CitiFinancial**<br>**1756 Boston Road**<br>**P.O. Box 1026**<br>**Wilbraham, MA 01095** | | J | **2003**<br><br>**loan** | | | | **3,853.00** |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$24,007.00**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                    Case No. _____

_____Debtor_____                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Coca-Cola**<br>**P.O. Box 4108**<br>**Boston, MA 02211** | | **J** | **2004**<br>**miscellaneous merchandise** | | | | **205.00** |
| ACCOUNT NO.  **B2803**<br><br>**G.Housen and Company (Snapple)**<br>**P.O. Box 8184**<br>**Brattleboro, VT 05304** | | **J** | **2004**<br>**miscellaneous merchandise** | | | | **266.00** |
| ACCOUNT NO.<br><br>**Interstate Gourmet Coffee**<br>**43 Norfolk Avenue**<br>**S. Easton, MA 02375** | | **J** | **2004**<br>**miscellaneous merchandise** | | | | **336.00** |
| ACCOUNT NO.  **4254 9830 1021 3710**<br><br>**Nextcard**<br>**595 Market Street**<br>**San Francisco, CA 94105** | | **J** | **2004**<br>**Visa card;**<br>**miscellaneous merchandise** | | | | **133.00** |
| ACCOUNT NO.  **4254 9830 0339**<br><br>**Nextcard**<br>**595 Market Street**<br>**San Francisco, CA 94105** | | **J** | **2001**<br>**Visa card;**<br>**miscellaneous merchandise** | | | | **10,716.00** |

Sheet no.  2  of  4  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$11,656.00

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                    ,  Case No. _____

Debtor                                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **034402727**<br><br>**Northeast Utilities<br>P.O. Box 2962<br>Hartford, CT 06104**<br><br><br>**Northeast Utilities-<br>c/o CBC<br>P.O. Box 51958<br>Springfield, MA 01151** | | J | **2004**<br>**utility services** | | | | **1,217.00** |
| ACCOUNT NO.<br><br>**Paypal, Inc.<br>c/o Bay Capital Legal<br>582 Market Street, STE 807<br>San Francisco, CA 94104** | | J | **2000-2004**<br>**E-Bay;<br>computer parts** | | | | **34,007.00** |
| ACCOUNT NO.  **250015**<br><br>**Providian Processing Services<br>P.O. Box 660548<br>Dallas, TX 75266** | | J | **2002**<br>**credit card;<br>miscellaneous merchandise** | | | | **2,826.00** |
| ACCOUNT NO.<br><br>**Robert Shue<br>c/o Jim's Variety Store<br>West Farms Road<br>Florence, MA 01060** | | J | **11/2004**<br>**breach of various contracts** | | | | **10,000.00** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
**(Use only on last page of the completed Schedule F.)**

**$48,050.00**

Form B6F - Cont.
(12/03)

In re __**JOEL JAMES NATARIO**__          __**CRESSIDA NATARIO**_____,   Case No. _____
         Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0653 3000 8612 2938** <br><br> **Verizon Wireless** <br> **P.O. Box 489** <br> **Newark, NJ 07101** <br><br><br> **Verizon Wireless-** <br> **c/o Riddle & Assoc.** <br> **P.O. Box 1187** <br> **Sandy, UT 84091** | | **J** | **6/2004** <br><br> **cellular phone service** | | | | **194.00** |
| ACCOUNT NO. **56819366** <br><br> **Verizon Wireless** <br> **P.O. Box 489** <br> **Newark, NJ 07101** <br><br><br> **Verizon Wireless-** <br> **c/o AMO Recoveries** <br> **P.O. Box 926200** <br> **Norcross, GA 30010** | | **J** | **???** <br><br> **cellular phone service** | | | | **1,115.00** |
| ACCOUNT NO. **0699-120198** <br><br> **Wells Fargo Financial National Bank** <br> **Central Processing** <br> **P.O. Box 7510** <br> **Urbandale, IA 50323** | | **J** | **2002** <br><br> **contract;** <br> **furniture** | | | | **3,557.00** |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| | **$4,866.00** |
|---|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | **$170,181.00** |
|---|---|

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                    , Case No. _____

Debtor

(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**          , **Case No.** _____
            **Debtor**                                                                                                        **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Form B6I
(12/03)

**In re**    **JOEL JAMES NATARIOCRESSIDA NATARIO**                    , **Case No.** _____

                                    **Debtor**                                            **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **V.P. sales** | **bookkeeper** |
| Name of Employer | **Boston Atlantic** | **Boston Atlantic** |
| How long employed | **since 10/2004** | **since 4/2005** |
| Address of Employer | **7 Harris Ct. Worcester, MA** | **7 Harris Ct. Worcester, MA** |

| **Income**: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 4,300.00 | $ 2,580.00 |
| Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| SUBTOTAL | | $ 4,300.00 | $ 2,580.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 1,037.00 | $ 615.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 1,037.00 | $ 615.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 3,263.00 | $ 1,965.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| Income from real property | | $ 0.00 | $ 0.00 |
| Interest and dividends | | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | | $ 0.00 | $ 0.00 |
| Pension or retirement income | | $ 0.00 | $ 0.00 |
| Other monthly income | | | |
| (Specify) _____ | | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | | $ 3,263.00 | $ 1,965.00 |

TOTAL COMBINED MONTHLY INCOME        **$ 5,228.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:        **NONE**

**Form B6J**
**(6/90)**

In re   **JOEL JAMES NATARIOCRESSIDA NATARIO**                                    ,   Case No. _____
   Debtor                                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,544.00 |
| Are real estate taxes included?   Yes ✔   No | | |
| Is property insurance included?   Yes   No ✔ | | |
| Utilities   Electricity and heating fuel | $ | 300.00 |
|     Water and sewer | $ | 15.00 |
|     Telephone | $ | 50.00 |
|     Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 200.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 0.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0.00 |
|     Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)            $  **6,109.00**

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each | $ | |

(interval)

**UNITED STATES BANKRUPTCY COURT**

**District of Massachusetts**

In re:   **JOEL JAMES NATARIO**                    **CRESSIDA NATARIO**                    Case No. _____

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:         $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income:         $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)     $ _____ **0.00**
   4. Payroll Taxes         _____ **0.00**
   5. Unemployment Taxes         _____ **0.00**
   6. Worker's Compensation         _____ **0.00**
   7. Other Taxes         _____ **0.00**
   8. Inventory Purchases (Including raw  materials)         _____ **0.00**
   9. Purchase of Feed/Fertilizer/Seed/Spray         _____ **0.00**
  10. Rent (Other than debtor's principal residence)         _____ **0.00**
  11. Utilities         _____ **0.00**
  12. Office Expenses and Supplies         _____ **0.00**
  13. Repairs and Maintenance         _____ **0.00**
  14. Vehicle Expenses         _____ **0.00**
  15. Travel and Entertainment         _____ **0.00**
  16. Equipment Rental and Leases         _____ **0.00**
  17. Legal/Accounting/Other Professional Fees         _____ **0.00**
  18. Insurance         _____ **0.00**
  19. Employee Benefits (e.g., pension, medical, etc.)         _____ **0.00**
  20. Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
        **None**         _____

  21. Other (Specify):

        **None**         _____

  22. Total Monthly Expenses (Add items 3 - 21)         $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)         $ _____ **0.00**

Form B6
(6/90)

# United States Bankruptcy Court
## District of Massachusetts

In re   **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**          Case No.

Chapter    **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 450.000.00 | | |
| B - Personal Property | YES | 3 | $ 103,700.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 486.904.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 20,007.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 170.181.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,228.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 6,109.00 |
| Total Number of sheets in ALL Schedules ➤ | | 18 | | | |
| Total Assets ➤ | | | $ 553,700.00 | | |
| Total Liabilities ➤ | | | | $ 677,092.00 | |

Official Form 6 - Cont .
(12/03)

In re: **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**        .     Case No. _____
          **Debtor**                                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **19** _____
                                                                                        (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   **9/21/2005** _____              Signature:   **/s/ JOEL JAMES NATARIO** _____
                                                                          **JOEL JAMES NATARIO**

Date:   **9/21/2005** _____              Signature:   **/s/ CRESSIDA NATARIO** _____
                                                                            **CRESSIDA NATARIO**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**OFFICIAL FORM 7**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| **JOEL JAMES NATARIO** | ) | Chapter    **7** |
| | ) | Case No. |
| **CRESSIDA NATARIO** | ) | |
| | ) | |
| Debtor(s) | ) | |

### DECLARATION RE: ELECTRONIC FILING

PART I - DECLARATION OF PETITIONER:

     [We]  **JOEL JAMES NATARIO**

and  **CRESSIDA NATARIO** , *hereby declare(s) under penalty of perjury* that all of the information contained in my (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

     I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)- 7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the Bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  **9/21/2005**

                       Signed:    **/s/ JOEL JAMES NATARIO**
                                       (Affiant)

                       Signed:    **/s/ CRESSIDA NATARIO**
                                       (Joint Affiant)

PART II - DECLARATION OF ATTORNEY: (IF AFFIANT IS REPRESENTED BY COUNSEL)


I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed R. Bankr.P. 9011. I have reviewed and will comply with provisions of MEFR 7.


Dated:  **9/21/2005**

Signed:    **/s/Gerald H. Dupont** _____
(Attorney for Affiant)

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

In re:  **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**              Case No. _____
        **0527**                        **5330**                         Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 20,000.00 | W - Boston Road Bagels | 2003 |
| 35,000.00 | H - Jim's Variety Store | 2003 |
| 20,000.00 | H - Jim's Variety Store | 2004 |
| 10,000.00 | W - Boston Road Bagels | 2004 |
| 600.00 | W - Boston Atlantic | 2005 - per week |
| 1,000.00 | H - Boston Atlantic | 2005 - per week |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 650 every 2 wks. | H - Unemployment | 2004 - for 3 mos. |

### 3.  Payments to creditors

None
☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ameriquest/Argent Mtg. Co.** <br> **505 City Parkway West, STE 100** <br> **Orange, CA 92868** | **15th of the month** | **4,800.00** | **391,000.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Gail Beaulieu**<br>**1707 Northampton Street**<br>**Holyoke, MA** | **1st of the month** | **744.00** | **56,601.00** |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.    Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Centurion Bank**<br>**vs.**<br>**Cressida Natario**<br>    **05 376** | **breach of contract** | **Hampden County Superior Court** | **pending** |
| **American Express Travel Related Services Company**<br>**vs.**<br>**Joel L. Natario**<br>    **HDCV2003-01037** | **breach of contract** | **Hampden County Superior Court** | **judgment/seizure/$33,036.65** |
| **American Express Travel Related Services Company**<br>**vs.**<br>**Joel J. Natario**<br>    **0543 SP 0006** | **breach of contract** | **Palmer District Court** | **SP** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Express Travel Related**<br>**New York, NY** | **10/8/04** | **single family home at:**<br>**88 Dowd Court**<br>**Ludlow, MA** |

## 5.    Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official
within **one year** immediately preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the
commencement of this case except ordinary and usual gifts to family members aggregating less
than $200 in value per individual family member and charitable contributions aggregating less
than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts
or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding
the commencement of this case **or since the commencement of this case**. (Married debtors filing
under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Gerald H. Dupont**<br>**51 Park Avenue**<br>**West Springfield, MA** | **$200.00 - 3/1/05**<br>**$800.000 - 4/8/05** | **$1,000.00 - legal fee** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Robert Shu**<br>**c/o Jim's Variety Store**<br>**West Farms Road**<br>**Florence, MA**<br>     **none** | **11/2004** | **convenience store;**<br>**transferred back to original**<br>**owner** |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **Bank of Western Mass.** | **checking Account #0419**<br>**$80.00** | **2/2005 - $80.00** |
| **United Bank** | **checking; 5026**<br>**$10.00** | **3/2005 - $10.00** |

**12.  Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF BANK OR<br>OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF<br>CONTENTS | DATE OF TRANSFER<br>OR SURRENDER,<br>IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF<br>SETOFF | AMOUNT OF<br>SETOFF |
|---|---|---|

### 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS<br>OF OWNER | DESCRIPTION AND VALUE<br>OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Boston Road Bagels** | **260050731** | **1762 Boston Road Springfield, MA** | **bakery** | **2/2001** |
| | | | | **8/1/04** |
| **Jim's Variety Store** | **04-3690202** | **West Farms Road Florence, MA** | **convenience** | **7/2003** |
| | | | | **11/2004** |
| **Scoops** | **04-3638337** | **Chicopee Street Chicopee, MA** | **ice cream** | **3/2002** |
| | | | | **8/2/03** |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cressida Natario** | **bookkeeper - 2001 to present** |
| **Gariepy & Sherman**<br>**733 Chapin Street**<br>**Ludlow, MA** | **2001 to the present** |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐

| NAME | ADDRESS |
|---|---|
| **Cressida Natario** | **88 Dowd Court**<br>**Ludlow, MA** |
| **Gariepy & Sherman** | **733 Chapin Street**<br>**Ludlow, MA** |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20.  Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.  Former partners, officers, directors and shareholders

None
☑

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24.  Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25.  Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date  __9/21/2005_____       Signature   __/s/ JOEL JAMES NATARIO_____
                                          of Debtor    **JOEL JAMES NATARIO**

Date  __9/21/2005_____       Signature   __/s/ CRESSIDA NATARIO_____
                                          of Joint     **CRESSIDA NATARIO**
                                          Debtor

Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

In re:  **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**              Case No. _____

**0527**                            **5330**                      Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.   *Property To Be Surrendered.*

Description of Property                                    Creditor's Name

          **None**

   b.   *Property To Be Retained.*                          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **None** | | | | | |

Date:   **9/21/2005** _____              **/s/ JOEL JAMES NATARIO** _____
                                            Signature of Debtor

Date:   **9/21/2005** _____              **/s/ CRESSIDA NATARIO** _____
                                            Signature of Joint Debtor

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re:  **JOEL JAMES NATARIO**          **CRESSIDA NATARIO**          Case No. _____

Chapter          **7**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Extra legal services beyond the scope of a customary bankruptcy incurred after the first meeting.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **9/21/2005**

                                        **/s/Gerald H. Dupont**
                                        **Gerald H. Dupont, Bar No.  B.B.O. #138880**

                                        **Gerald H. Dupont**
                                        Attorney for Debtor(s)

---

**B 201** (11/03)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.    Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.    Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.    After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11:  Reorganization  ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 9/21/2005 | /s/ JOEL JAMES NATARIO | |
| Date | Signature of Debtor | Case Number |
| 9/21/2005 | /s/ CRESSIDA NATARIO | |
| Date | Signature of  Joint Debtor | |